David H. Boren, Esq. SBN 186316
e-mail: *dboren@borenlawfirm.com*
LAW OFFICES OF DAVID H. BOREN
9595 Wilshire Blvd., Suite 900
Beverly Hills, CA  90212
Bus:  (310) 492-4363
Fax:  (310) 492-4388

- and-

Jeff Sanders, Esq. (NY SBN  2696664)
e-mail: *jsanders@rlscf.com*
Ritholz Levy Sanders Chidekel & Fields LLP
235 Park Avenue South, 3rd Floor
New York, New York 10003
Telephone:  (212) 448-1800
Facsimile:   (212) 504-9553
 (*Pro Hac Vice* Application Pending)

*Attorney for Defendants.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRESHOLD MEDIA CORP. dba SPIN MOVE RECORDS,<br><br>Plaintiff,<br><br>v.<br><br>RELATIVITY MEDIA, LLC, RELATIVITY ROGUE, LLC RELATIVITY CITY STUDIOS PRODUCTIONS, LLLP, SUPERMARCHE, INC., HENRY JOOST, ARIEL SCHULMAN, HIT | **Case No.:**  CV-10-9318<br><br>**ANSWER & AFFIRMATIVE DEFENSE OF DEFENDANTS RELATIVITY MEDIA, LLC and RELATIVITY ROGUE, LLC** |

| | |
|---|---|
| THE GROUND RUNNING ENTERPRISES, LLC, ANDREW JARECKI, and MARC SMERLING | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

Defendants Relativity Media LLC ("RML") and Relativity Rogue LLC ("RRL", together with RML, "Relativity"), by their undersigned counsel, herby submit their answer and affirmative defense to plaintiff's complaint (the "Complaint"). Each of the paragraphs numbered 1-27 below corresponds to those paragraphs numbered 1-27 in the Complaint. Relativity denies all allegations made in the Complaint, whether express or implied, that are not specifically admitted below.

1. The allegations set forth in paragraph 1 of the Complaint assert legal conclusions to which no response is necessary.

2. In response to the allegations set forth in paragraph 2 of the Complaint, Relativity denies that it committed any acts of infringement within or without this judicial district, and notes that the remaining allegations set forth in paragraph 2 assert legal conclusions to which no response is necessary.

3. Relativity is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 3 of the Complaint.

4. Relativity denies the allegations in paragraph 4 of the Complaint, except admits that RML is a California limited liability company with a principal place of business located at 8899 Beverly Boulevard, Suite 510, West Hollywood, California.

5. Relativity denies the allegations in paragraph 5 of the Complaint, except admits that RRL is a California limited liability company with a principal place of business located at 8899 Beverly Boulevard, Suite 510, West Hollywood, California.

6. Relativity is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 6 of the Complaint.

7. Relativity is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 7 of the Complaint.

8. Relativity is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 8 of the Complaint.

9. Relativity is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 9 of the Complaint.

10. Relativity is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 10 of the Complaint.

11. Relativity is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 11 of the Complaint.

12. Relativity is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 12 of the Complaint.

13. Relativity is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 13 of the Complaint.

14. Relativity denies the allegations set forth in paragraph 14 of the Complaint, except admits that it participated in the commercial distribution of Catfish.

15. Relativity asserts and incorporates by reference its responses to paragraphs 1 through 14 herein.

16. Relativity is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 16 of the Complaint.

17. Relativity is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 17 of the Complaint.

18. Relativity denies the allegations set forth in paragraph 18 of the Complaint, except admits that neither RRL nor RML entered into any license agreement with the Plaintiff.

19. Relativity denies the allegations set forth in paragraph 19 of the Complaint.

20. Relativity denies the allegations set forth in paragraph 20 of the Complaint.

21. Relativity denies the allegations set forth in paragraph 21 of the Complaint.

22. Relativity denies the allegations set forth in paragraph 22 of the Complaint.

23. Relativity denies the allegations set forth in paragraph 23 of the Complaint.

24. Relativity denies the allegations set forth in paragraph 24 of the Complaint.

25. Relativity denies the allegations set forth in paragraph 25 of the Complaint.

26. Relativity denies the allegations set forth in paragraph 26 of the Complaint.

27. Relativity denies the allegations set forth in paragraph 27 of the Complaint.

## **AFFIRMATIVE DEFENSE**

28. Plaintiff's claims are barred by the fair use doctrine.

## **REQUEST FOR RELIEF**

Wherefore, Relativity respectfully requests that the Court grant the following relief:

  (a) The entry of judgment for RML and RRL, dismissing Plaintiff's claims for relief in their entirety, with prejudice and costs;

  (b) an award of costs and attorney fees to RML and RRL; and

  (c) such other and further relief as this Court deems just and proper.

Dated: January 18, 2011   LAW OFFICES OF DAVID H. BOREN

              By: /s/ David H. Boren
                 David H. Boren

               -and-

              RITHOLZ LEVY SANDERS CHIDEKEL & FIELDS, LLP

              By: /s/ Jeff Sanders
                 Jeff Sanders

*Attorneys for Defendants.*

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I certify that I am a principal of the LAW OFFICES OF DAVID H. BOREN and that on the date shown below, I caused service of a true and correct copy of the attached: **"ANSWER & AFFIRMATIVE DEFENSE OF DEFENDANTS RELATIVITY MEDIA LLC and RELATIVITY ROGUE LLC "** to be completed by:

_____    personally delivering

_____    delivery via Nationwide Legal Services

_____    sending via Federal Express or other overnight delivery service

_____    depositing for mailing in the U.S. mail with sufficient postage affixed thereto to:

_____    delivery via facsimile machine to fax no. _____

  X     electronic filing, and thereby delivery via e-mail to:

Neville L. Johnson, Esq.
    email: njohnson@jjllplaw.com
Douglas L. Johnson, Esq.
    email: djohnson@jjllplaw.com
Erin L. Pfaff, Esq.
    email: epfaff@jjllplaw.com
JOHNSON & JOHNSON LLP
439 North Canon Drive, Suite 200
Beverly Hills, CA  90210

Executed on January 18, 2011, at Beverly Hills, California.

  X     (Federal)  I declare under penalty of perjury under the laws of the United States and the State of California that the above is true and correct.

                    \s\ David H. Boren
                    DAVID H. BOREN

1

ANSWER & AFFIRMATIVE DEFENSE OF DEFENDANTS RELATIVITY MEDIA, LLC and RELATIVITY ROGUE, LLC