David H. Boren, Esq. SBN 186316
    email: dboren@borenlawfirm.com
LAW OFFICES OF DAVID H. BOREN
9595 Wilshire Blvd., Suite 900
Beverly Hills, CA 90212
Telephone: (310) 492-4363
Facsimile: (310) 492-4388

- and-

Jeff Sanders, Esq. (NY SBN 2696664)
    (admitted *pro hac vice*)
    email: jsanders@rlscf.com
Ritholz Levy Sanders Chidekel & Fields LLP
235 Park Avenue South, 3rd Floor
New York, New York 10003
Telephone: (212) 448-1800
Facsimile: (212) 504-9553

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THRESHOLD MEDIA CORP. dba SPIN MOVE RECORDS,<br><br>    Plaintiff,<br><br>  v.<br><br>RELATIVITY MEDIA, LLC, RELATIVITY ROGUE, LLC UNIVERSAL CITY STUDIOS PRODUCTIONS, LLLP, SUPERMARCHE, INC., HENRY JOOST, ARIEL SCHULMAN, HIT THE GROUND RUNNING ENTERPRISES, LLC, ANDREW JARECKI, and MARC SMERLING<br><br>    Defendants. | **Case No.:** CV-10-9318 DMG(AJWx)<br><br>**ORDER APPROVING STIPULATED PROTECTIVE ORDER**<br><br>[Lodged Concurrently With Stipulated Protective Order] |

1 | The Court, having reviewed the Stipulated Protective Order and good cause
2 | appearing thereon, **IT IS SO ORDERED.**
3 |
4 |
5 | Dated: __June 15_____, 2011      _____
6 |                                  UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I certify that I am a principal of the LAW OFFICES OF DAVID H. BOREN and that on the date shown below, I caused service of a true and correct copy of the attached: **"[PROPOSED] ORDER APPROVING STIPULATED PROTECTIVE ORDER "** to be completed by:

\_\_\_\_\_ personally delivering

\_\_\_\_\_ delivery via Nationwide Legal Services

\_\_\_\_\_ sending via Federal Express or other overnight delivery service

\_\_\_\_\_ depositing for mailing in the U.S. mail with sufficient postage affixed thereto to:

\_\_\_\_\_ delivery via facsimile machine to fax no.

\_\_X\_\_ electronic filing, and thereby delivery via e-mail to:

Neville L. Johnson, Esq.
    email:  njohnson@jjllplaw.com
Douglas L. Johnson, Esq.
    email:  djohnson@jjllplaw.com
Nausheen Kazalbasch, Esq.
    email:  nkazalbasch@jjllplaw.com
JOHNSON & JOHNSON LLP
439 North Canon Drive, Suite 200
Beverly Hills, CA  90210

Executed on June 13, 2011, at Beverly Hills, California.

\_X\_ (Federal)  I declare under penalty of perjury under the laws of the United States and the State of California that the above is true and correct.

                                         \s\ David H. Boren
                                         DAVID H. BOREN