**JOHNSON & JOHNSON LLP**
Neville L. Johnson (SBN 66329)
Douglas L. Johnson (SBN 209216)
Nausheen Kazalbasch (SBN 260243)
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone:  (310) 975-1080
Facsimile:  (310) 975-1095
Email:     njohnson@jjllplaw.com
           djohnson@jjllplaw.com
           nkazalbasch@jjllplaw.com

Attorneys for Plaintiff,
THRESHOLD MEDIA CORP. dba
SPIN MOVE RECORDS

**UNITED STATED DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| THRESHOLD MEDIA CORP. dba SPIN MOVE RECORDS, <br><br> Plaintiff, <br><br> v. <br><br> RELATIVITY MEDIA, LLC, RELATIVITY ROGUE, LLC, UNIVERSAL CITY STUDIOS PRODUCTIONS, LLLP, SUPERMARCHÉ, INC., HENRY JOOST, ARIEL SCHULMAN, HIT THE GROUND RUNNING ENTERPRISES, LLC, ANDREW JARECKI, and MARC SMERLING <br><br> Defendants. | CASE NO. CV 10-09318-DMG (AJWx) <br><br> JOINT REPORT REGARDING RESULTS OF EARLY MEDIATION <br><br><br> Honorable Dolly M. Gee <br> Courtroom 7 <br><br> Action Filed: Dec. 3, 2010 <br> Trial Date: December 13, 2011 |

Pursuant to the Court's March 17, 2011 Scheduling Order, Plaintiff Threshold Media Corporation dba Spin Move Records ("Plaintiff") and Defendants Relativity Media, LLC, Relativity Rogue, LLC, Universal City Studios Productions, LLLP, Supermarche, Inc., Henry Joost, Ariel Schulman, Hit The Ground Running Enterprises, LLC, Andrew Jarecki and Marc Smerling (collectively "Defendants") hereby submit the following Joint Report Regarding Results of Early Mediation.

PLAINTIFF'S POSITION

Plaintiff issued a written settlement demand to Defendants on March 28, 2011. Defendants never responded. In an effort to comply with the Court's Early Mediation Completion Date of June 23, 2011, Plaintiff suggested the parties attend private mediation. Defendants responded that they are not willing to attend private mediation at this time. Defendants have, however, agreed to attend a settlement conference before a Magistrate. Plaintiff agreed.

Due to defense counsel's unavailability and uncertainty as to whether the defendants and their insurance carrier could accommodate the dates proposed by the magistrate's clerk, the parties were unable to set a settlement conference before June 23, 2011. Additionally, Plaintiff is awaiting Defendants' production of the film's outtakes and raw film footage which Plaintiff contends is critical to the case and must be obtained before productive settlement discussions may be had. Accordingly, conditioned on the Court's approval, the parties have agreed to a 30-day continuance of the Early Mediation Completion Date. The parties filed a joint stipulation to this effect on June 10, 2011.

DEFENDANTS' POSITION

The parties have just exchanged their respective discovery responses within the last couple of weeks. Defendants have agreed to participate in an early mediation conference on or before July 22, 2011. Defendants are skeptical about an early mediation conference given Plaintiffs' settlement demand in their March 28, 2011 letter. Defendants are waiting to hear from the insurance carrier regarding its availability for an early mediation before committing to a date. Defendants hope to have some proposed dates to counsel for Plaintiff by the end of this week.

DATED: June 29, 2011

**LAW OFFICES OF DAVID H. BOREN**

By /s/
David Boren
Attorneys for Defendants

DATED: June 29, 2011

**JOHNSON & JOHNSON LLP**

By /s/
Nausheen Kazalbasch
Threshold Media Corp., dba Spin Move Records