David H. Boren, Esq. SBN 186316
    email: dboren@borenlawfirm.com
LAW OFFICES OF DAVID H. BOREN
9595 Wilshire Blvd., Suite 900
Beverly Hills, CA 90212
Telephone: (310) 492-4363
Facsimile: (310) 492-4388

- and-

Jeff Sanders, Esq. (NY SBN 2696664)
    (admitted *pro hac vice*)
    email: jsanders@rlscf.com
Ritholz Levy Sanders Chidekel & Fields LLP
235 Park Avenue South, 3rd Floor
New York, New York 10003
Telephone: (212) 448-1800
Facsimile:   (212) 504-9553

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THRESHOLD MEDIA CORP. dba SPIN MOVE RECORDS,<br><br>          Plaintiff,<br><br>     v.<br><br>RELATIVITY MEDIA, LLC, RELATIVITY ROGUE, LLC UNIVERSAL CITY STUDIOS PRODUCTIONS, LLLP, SUPERMARCHE, INC., HENRY JOOST, ARIEL SCHULMAN, HIT THE GROUND RUNNING ENTERPRISES, LLC, ANDREW JARECKI, and MARC SMERLING<br><br>          Defendants. | **Case No.:** CV-10-9318 DMG(AJWx)<br><br>**ORDER CONTINUING PRE-TRIAL AND TRIAL DATES [36]** |

1

Pursuant to the parties' Stipulation and good cause appearing, the Court hereby orders the new court-ordered dates in this action as follows:

| **Matter** | **Current Court-Ordered Dates** | **New Court-Ordered Dates** |
|---|---|---|
| Early Mediation Completion Date | July 22, 2011 | August 5, 2011 |
| Joint Report re: Results of Early Mediation | July 29, 2011 | August 12, 2011 |
| Non-Expert Discovery Cut-Off (includes hearing of discovery motions) | August 9, 2011 | November 8, 2011 |
| Motion Cut-Off (filing deadline | August 16, 2011 | November 15, 2011 |
| Expert Disclosure & Report Deadline | September 13, 2011 | December 13, 2011 |
| Rebuttal Expert Disclosure & Report Deadline | October 11, 2011 | January 10, 2012 |
| Settlement Conference Completion Date | October 18, 2011 | January 17, 2012 |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | October 25, 2011 | January 24, 2012 |
| Motions in Limine Filing Deadline | October 25, 2011 | January 24, 2012 |
| Oppositions to Motions in Limine Filing | November 1, 2011 | January 31, 2012 |

| Deadline | | |
|---|---|---|
| Status Report Re: Settlement, Proposed Pretrial Conference Order, Contentions of Fact/Law, Pretrial Exhibit Stipulation, Joint Exhibit List, Witness Lists & Joint Trial Witness Time Estimate Form, Agreed Statement of the Case, Proposed Voir Dire Questions, Joint Statement of Jury Instructions & Joint Statement of Disputed Instructions and Verdict Forms | October 25, 2011 | January 24, 2012 |
| Final Pre-Trial Conference (4 weeks before trial) | November 15, 2011 at 3:00 p.m. | February 14, 2012 at 3:00 p.m. |
| Trial Date | December 13, 2011 at 8:30 a.m. (first day) | March 13, 2012 at 8:30 a.m. (first day) |

**IT IS SO ORDERED.**

Dated:   August 9, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

3