```
                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
                          WESTERN DIVISION


                       CIVIL MINUTES--GENERAL
```

Case No. CV 10-9318 DMG (AJWx)              Date: August 19, 2011

Title: <u>THRESHOLD MEDIA CORP. v. RELATIVITY MEDIA LLC, et al.</u>
================================================================
PRESENT:     **HON.  <u>ANDREW J. WISTRICH</u>, MAGISTRATE JUDGE**

           <u>    Ysela Benavides    </u>         <u>                        </u>
                Deputy Clerk                       Court Reporter


ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:
         None Present                             None Present

**ORDER REGARDING DEFENDANTS' EX PARTE APPLICATION TO COMPEL DOCUMENT PRODUCTION AND WITNESS TESTIMONY REGARDING PLAINTIFF'S ATTORNEY ENGAGEMENT AGREEMENT**

The ex parte application is **denied** without prejudice to defendants' ability to file a discovery motion after compliance with Local Rule 37.  This was never an emergency warranting ex parte relief, and any arguable urgency that may once have existed appears to have dissipated.  <u>See</u> <u>Mission Power Eng'g Co. v. Continental Cas. Co</u>., 888 F.Supp. 488, 490-493 (C.D. Cal. 1995) (explaining why "[e]x parte motions are rarely justified" and describing the showing required to obtain relief on an expedited basis).

**IT IS SO ORDERED.**

cc:  Parties

MINUTES FORM 11                          Initials of Deputy Clerk_____
CIVIL-GEN