**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

THRESHOLD MEDIA CORP. dba SPIN MOVE RECORDS ,

Plaintiff,

v.

RELATIVITY MEDIA, LLC, RELATIVITY ROGUE, LLC, UNIVERSAL CITY STUDIOS PRODUCTIONS, LLLP, SUPERMARCHÉ, INC., HENRY JOOST, ARIEL SCHULMAN, HIT THE GROUND RUNNING ENTERPRISES, LLC, ANDREW JARECKI, and MARC SMERLING

Defendants.

CASE NO. CV 10-09318-DMG (AJWx)

**ORDER RE JOINT STIPULATION TO SEAL EXHIBITS 1-4 TO PLAINTIFF'S COMPENDIUM OF EVIDENCE AND DOCKET NO. 56 [61]**

The Court, having reviewed the parties' Joint Stipulation to File Under Seal Exhibits 1-4 to Plaintiff's Compendium of Evidence in Support of its Opposition to Defendants' Motion for Summary Judgment and/or Partial Summary Judgment and to seal docket entry no. 56, and good cause appearing thereon:

**IT IS ORDERED** that (1) Exhibits 1-4 to Plaintiff's Compendium of Evidence in Support of its Opposition to Motion for Summary Judgment and/or Partial Summary Judgment shall be filed under seal; and (2) docket entry no. 56 shall be sealed in its entirety.

DATED: December 5, 2011

DOLLY M. GEE, U.S. District Judge