1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JOHNSON & JOHNSON LLP**
Neville L. Johnson (SBN 66329)
Douglas L. Johnson (SBN 209216)
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone:   (310) 975-1080
Facsimile:   (310) 975-1095
Email:       njohnson@jjllplaw.com
             djohnson@jjllplaw.com

Attorneys for Plaintiff,
THRESHOLD MEDIA CORP. dba
SPIN MOVE RECORDS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

THRESHOLD MEDIA CORP. dba
SPIN MOVE RECORDS ,

Plaintiff,

v.

RELATIVITY MEDIA, LLC,
RELATIVITY ROGUE, LLC,
UNIVERSAL CITY STUDIOS
PRODUCTIONS, LLLP,
SUPERMARCHÉ, INC., HENRY
JOOST, ARIEL SCHULMAN, HIT
THE GROUND RUNNING
ENTERPRISES, LLC, ANDREW
JARECKI, and MARC SMERLING

Defendants.

CASE NO. CV 10-09318-DMG (AJWx)

**PLAINTIFF'S NOTICE
OF LODGING CONFIDENTIAL
SETTLEMENT CONFERENCE
STATEMENT**

Mandatory Settlement Conference:
Date:        July 30, 2013
Time:        3:30 p.m.
Courtroom:   690 – Roybal Federal Building
             255 E. Temple Street
             Los Angeles, CA 90012

1    TO ALL PARITES AND THEIR ATTORNEYS OF RECORD:

2        PLEASE TAKE NOTICE that, in accordance with the Court's June 18, 2013

3    Order scheduling a settlement conference, Docket No. 100, Plaintiff hereby lodges

4    its confidential settlement conference statement, lodged only for the purposes of the

5    settlement conference.

6

7

8    DATED: July 23, 2013                    JOHNSON & JOHNSON LLP

9

10                                    By    /s/ Neville L. Johnson

11                                          Neville L. Johnson
                                            Douglas L. Johnson
12                                          Attorneys for Plaintiff,
                                            Threshold Media Corp., dba Spin
13                                          Move Records

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S NOTICE OF LODGING