## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.  CV 10-9318 DMG (AJWx)                         Date: July 30, 2013

Title: THRESHOLD MEDIA CORP. v. RELATIVITY MEDIA LLC, et al.

---

PRESENT:   **HON.  ANDREW J. WISTRICH, MAGISTRATE JUDGE**

```
       Ysela Benavides                          Not Present
       Deputy Clerk                             Court Reporter
```

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

**ORDER REGARDING SETTLEMENT CONFERENCE**

The Court conducted a settlement conference in this case on July 30, 2013.  Appropriate representatives of all parties were present.  A settlement was achieved.

cc:  Parties

                                                        2          20
                                              _____ : _____

MINUTES FORM 11                               Initials of Preparer_____
CIVIL-GEN

---